UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GARY COX,

        Petitioner,         Case No. 1:09-cv-711

v.         Honorable Paul L. Maloney

BLAINE LAFLER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:   August 14, 2009         /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 Chief United States District Judge